FILED
2018 Jul-02 PM 01:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| CORLITHIA RASHAE CONNER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 7:16-cv-01830-LSC |
| ) | |
| COMMISSIONER, SOCIAL SECURITY ) ADMINISTRATION, ) | |
| ) | |
| Defendant ) | |

## MEMORANDUM OPINION

On June 12, 2018, the magistrate judge entered a report and recommendation and allowed the parties therein fourteen (14) days in which to file objections to the recommendations. No party has filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the court affirm the Commissioner's decision.

The court will enter a separate order in conformity with this Memorandum Opinion.

**DONE** AND **ORDERED** ON JULY 2, 2018.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704